IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Michelle DERBY, as legal guardian for William Derby, an individual, | No. 3:21-cv-1030-HL |
| Plaintiff, | ORDER |
| v. | |
| COLUMBIA COUNTY, an Oregon municipality; CORRECT CARE SOLUTIONS, LLC, d/b/a Wellpath, LLC; JEFFREY DICKERSON, in his official capacity; CHRIS HOOVER, in his official capacity; JUSTIN HECHT, in his official capacity; VIVIK SHAH, in his official capacity; JULIE WEIGAND, in her official capacity; NANCY RONAN, in her individual capacity; COLUMBIA COMMUNITY MENTAL HEALTH, an Oregon non-profit corporation; and KAREN FORTLANDER, in her official capacity, | |
| Defendants. | |

1 – ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge Hallman issued a Findings and Recommendation on November 14, 2022, in which he recommends that the Court grant Defendants Shah and Weigand's motion to dismiss for failure to state a claim without prejudice, deny Defendants Wellpath and Ronan's motion to dismiss for failure to state a claim, and deny Defendant Weigand's motion to dismiss based on untimely service. F&R, ECF 56. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

//
//
//
//
//
//
//
//
//

2 – ORDER

## CONCLUSION

The Court ADOPTS Magistrate Judge Hallman's Findings and Recommendation [56]. Accordingly, Defendants Wellpath and Ronan's motion to dismiss for failure to state a claim [44] is DENIED. Defendant Weigand's motion to dismiss for untimely service [44] is DENIED. Defendants Shah and Weigand's motion to dismiss for failure to state a claim [44] is GRANTED. Plaintiff may file an amended complaint within 30 days of the date of entry of this Order.

IT IS SO ORDERED.

DATED:   December 30, 2022   .

_____
MARCO A. HERNÁNDEZ
United States District Judge

3 – ORDER